Lewis Jubran (DC Bar 1028219)
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate@abushararlaw.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

| | |
|---|---|
| Nadia M. Ali; Mohammed Sadeq Mohammed Al Baghdadi<br><br>Plaintiffs,<br><br>76515 Ember Hollow Lane<br>Sugarland, TX 77498<br><br>vs.<br><br>**United States Department of State, Antony Blinken,** Secretary of State of the United States, **Ian G. Brownlee,** Assistant Secretary of State for Consular Affairs; **Wendy Ruth Sherman,** Deputy Secretary of State; **Catherine Barry,** Senior Advisor at U.S. Department of State; **Jeffrey M. Hovenier,** Charge d'Affaires of U.S. Embassy in Ankara, Turkey, **United States Embassy in Ankara, Turkey; Christine Parker,** Chief, Outreach and Inquiries Division of Visa Services in the Department of State<br><br>Executive Office of the Legal Adviser<br>US Department of State<br>600 19th Street NW, Ste 5600<br>Washington DC 20522<br><br>Office of the General Counsel<br>US Department of Homeland Security 2707 Martin Luther King Jr. Ave., SE<br>Washington DC 20528-0485 | Case No.:<br><br>COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS |

Defendants.

## INTRODUCTION

1. This action is brought by Plaintiffs to compel Defendants and those acting under them to take action on Plaintiff Mohammed Sadeq Mohammed Al Baghdadi's immigrant visa application.

2. Plaintiff Mohammed Sadeq Mohammed Al Baghdadi is eligible to have his visa application adjudicated. Plaintiff Nadia M. Ali is the spouse of Plaintiff Mohammed Sadeq Mohammed Al Baghdadi and is a lawful permanent resident. (**Exhibit A- Permanent Resident Card**).

3. Plaintiff Nadia M. Ali submitted an I-130, Petition for Alien Relative on behalf of Plaintiff Mohammed Sadeq Mohammed Al Baghdadi to USCIS which was subsequently approved. After being approved by USCIS, Plaintiff Nadia M. Ali submitted a DS-260 Immigration Visa and Alien Registration to the Defendant United States State Department and received a Confirmation that it had been completed.

4. Plaintiff Mohammed Sadeq Mohammed Al Baghdadi's case was thereafter transferred to the Defendant United States Embassy in Ankara, Turkey to conduct the visa interview. The visa interview was scheduled to take place on September 2, 2021. (**Exhibit B – Notice re Immigrant Visa Appointment**).

5. Plaintiff Mohammed Sadeq Mohammed Al Baghdadi was interviewed at the U.S. Embassy in Ankara, Turkey on September 2, 2021. After the interview, he was not told that he

would have to submit additional documents or appear for additional interviews, rather, the interview was satisfactorily concluded.

6. Multiple inquiries to the U.S. Embassy in Ankara, Turkey indicate that Plaintiff Mohammed Sadeq Mohammed Al Baghdadi's visa application is still undergoing administrative processing. ***(*Exhibit C: e-mail communications*)*.**

7. Defendants have violated the Administrative Procedures Act ("APA") by failing to process and issue a final decision on Plaintiff's visa application which has been pending for nearly six months. Plaintiffs seek to compel Defendants, through a writ of mandamus, to either grant or deny Plaintiff Mohammed Sadeq Mohammed Al Baghdadi's pending visa application.

## PARTIES

8. On September 2, 2021, Plaintiff Mohammed Sadeq Mohammed Al Baghdadi had a visa interview at the US Embassy in Ankara, Turkey and the interview was satisfactorily concluded. Since the visa interview, neither Plaintiff Nadia Ali nor Mohammed Sadeq Mohammed Al Baghdadi has received any further information from the US Embassy in Ankara, Turkey regarding the status of his pending immigrant visa.

9. Defendant UNITED STATES DEPARTMENT OF STATE (hereinafter "State Department") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Embassy in Ankara, Turkey, its Charge d' Affaires, and officers named as defendants in this complaint.

10. Defendant ANTONY BLINKEN (hereinafter "Secretary Blinken") is sued in his official capacity as the Secretary of State, as the head of the Department of State, as he is charged with

the administration and the enforcement of immigration and nationality laws relating to the powers, duties, and functions of diplomatic and consular officers of the United States.

11. Defendant IAN G. BROWNLEE (hereinafter "Acting Assistant Secretary Brownlee") is sued in his official capacity as the Assistant Secretary of State for Consular Affairs, as he is charged with oversight of all consular, including visa, matters.

12. Defendant WENDY RUTH SHERMAN (hereinafter "Deputy Secretary Sherman") is sued in her official capacity as the Deputy Secretary of State, as she is charged with acting as deputy to the Secretary of State, which deals with the enforcement of immigration and nationality laws, which includes duties and functions of diplomatic and consular officers of the United States.

13. Defendant CATHERINE BARRY (hereinafter "Senior Advisor at U.S. Department of State") is sued in her official capacity as the Senior Advisor of the U.S. Department of State, as she is charged with all matters relating to visas and the administration of visa-related laws.

14. Defendant JEFFREY M. HOVENIER (hereinafter "Charge D' Affaires Hovenier") is the Charge d' Affaires of the U.S. Embassy in Ankara, Turkey. This suit is brought against Charge D' Affaires Hovenier in his official capacity, as he is charged with matters relating to the consular affairs in the U.S. Embassy in Ankara, Turkey.

15. Defendant UNITED STATES EMBASSY IN ANKARA, TURKEY is a mission within Defendant Department of State and is involved in the acts challenged in this action. The United States Embassy in Ankara, Turkey is responsible for processing Plaintiff Mohammed Sadeq Mohammed Al Baghdadi's visa application.

16. Defendant CHRISTINE PARKER (hereinafter "Chief Parker") is the Chief of Outreach and Inquiries in the Visa Division of Visa Services in the Department of State. This suit is brought against Chief Parker in her official capacity, as she is charged with all matters relating to inquiries in the Visa Division.

## JURISDICTION

17. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiffs suffered a legal wrong and continue to suffer because of the Defendants' failure to act upon the pending immigrant visa application for indefinite periods of time.

18. This Court has jurisdiction over the present action pursuant to 8 C.F.R. § 204, Immigration & Nationality Act §203 (b)(1)(C); 28 U.S.C. § 1131; 28 U.S.C. §1361, the Mandamus Act; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

## VENUE

**19.** Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which the defendant in

the action resides. Because the Defendants are in the District of Columbia, including the United States Department of State and its employees, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

20. Plaintiffs have no administrative remedies. Plaintiffs have made numerous inquiries to the US Embassy in Ankara, Turkey since the interview on September 2, 2021, to no avail. There are no administrative remedies for neglect of duty.

## CAUSE OF ACTION

21. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

22. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

23. Plaintiff Nadia Ali submitted an I-130 Petition for Alien Relative for her spouse Plaintiff Mohammed Sadeq Mohammed Al Baghdadi. The Petition was for him to join her here in the United States based on her status in the United States as a permanent resident

24. USCIS approved the I-130 Petition for Alien Relative and then forwarded the immigrant visa case to the National Visa Center for further processing and which was then forwarded to the U.S. Embassy in Ankara, Turkey to conduct the required visa interview.

25. On September 2, 2021, Plaintiff Mohammed Sadeq Mohammed Al Baghdadi was interviewed at the Defendant U.S Embassy in Ankara, Turkey. Upon the conclusion of the

interview, the consular officer did not request any additional documents or schedule another interview, rather, the interview was satisfactorily concluded.

26. Since the date of the interview, Plaintiffs have made multiple requests to the U.S. Embassy in Ankara, Turkey to ascertain the status of the pending application with no substantive responses.

27. Administrative processing, according to the Department of State website, takes around 60 days. It has been over six months since the interview date. Even if we take into account the fact that the Consular office provided an estimate of 1-6 months, this has been going on for far longer.

28. From January of 2022 until now, Plaintiffs have corresponded with the US Embassy in Ankara, Turkey regarding a decision on the application, but no decision has been forthcoming.

29. The issuance or denial of visas is the responsibility of the consular officers and was conferred by the Immigration and Nationality Act of 1952. *Li Hing of Hong Kong, Inc. v. Levin,* 800 F.2d 970, 971 (9th Cir. 1986); 8 U.S.C. § 1201(a)(1)(2004); 8 U.S.C. §§ 1101(a)(9), (16) (2004). The INA which governs visa processing "confers upon consular officers exclusive authority to review applications for visas." *Saavedra Bruno v. Albright,* 197 F.3d 1153, 1156 (D.C. Cir. 1999); INA § 201(b)(2)(A)(i).

30. No judicial or administrative review is available for a consular officer's decision to issue or deny a visa as this has been held to be a discretionary duty. *Patel v. Reno*, 134 F.3d 929, 931 (9th Cir. 1997); *Li Hing of Hong Kong, Inc.,* 800 F.2d at 971.

31. The Court in *Patel* established that the non-reviewability doctrine is inapplicable when a consular officer fails to follow his or her discretionary duties, and that failure to make a decision to issue or deny a visa is such a non-discretionary duty. *See Patel,* 134 F.3d at 931. The APA is to seek redress for unreasonable delays. Courts use factors to determine the unreasonable delays. *Telecommunications Research and Action Center v. FCC,* 750 F.2d 70 (D.C. Cir. 1984). The Court considers whether the time an agency takes to render a decision is governed by rule of law, where Congress has provided a time table, delays in the realm of economic regulation are less tolerable when human health and welfare are at stake, consideration of the effect of expediting delayed action on agency actions of higher or competing priority, nature and extent of interests prejudiced by delay, and the impropriety of agency lassitude is not required to find that the agency action has been unreasonably delayed. *Id.*

32. Per 22 C.F.R. § 42.81(a), action on a visa application by the consular officer is mandatory. The consular officer must either issue or refuse the visa. Under the State Department's Foreign Affairs Manual, Section 237 of Public Law 106-113 and subsequent legislation requires that the Department establish a policy under which immediate relative (and fiancé(e)) visas be processed within 30 days of receipt of the necessary information from the applicant and the Department of Homeland Security (DHS); all other family-based immigrant visas (IV) must be processed within 60 days. The Department expects all posts to strive to meet the 30/60-day requirements." *See 9 FAM 504.7-2.*

## CLAIM FOR RELIEF

33. Plaintiffs' claim in this action is clear and certain. Plaintiffs' reallege paragraphs 1 through 32, and, as if fully set forth, Plaintiffs are entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and issue the visa for Plaintiff Mohammed Sadeq Mohammed Al Baghdadi.

34. As a result of Defendants' failure to perform their duties, Plaintiffs have suffered, are suffering, and will continue to suffer irreparable harm. Plaintiff Mohammed Sadeq Mohammed Al Baghdadi's life is completely in the hands of the Department of State during this interminable pendency of his application. Plaintiff Mohammed Sadeq Mohammed Al Baghdadi has been deprived of the substantial benefits of being able to join Plaintiff Nadia M. Ali in the safety of the United States. These benefits include ability to enter and stay in the United States, and right to work in the United States. Because of the unconscionable delay, Plaintiff Mohammed Sadeq Mohammed Al Baghdadi has been separated from his wife for a very long time.

35. In failing to act on these applications, Defendants are acting directly in contradiction of the congressional intent, to promote family unity, for relatives of lawful permanent residents.

36. The Defendants, in violation of the Administrative Procedures Act and 22 C.F.R. 42.81(a), are unlawfully withholding or unreasonably delaying action on Plaintiff Zainab Mohammed Sadeq Mohammed Al Baghdadi immigrant visa application, and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to Plaintiffs' case.

37. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate.

38. Plaintiffs have made numerous attempts to secure a final decision, all to no avail. Only consular officers are able to make decisions on visa issuance or denial, leaving no adequate remedy. Accordingly, Plaintiffs have been forced to pursue the instant action.

**PRAYER**

39. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

a. Accept jurisdiction and maintain continuing jurisdiction of this action;

b. Declare as unlawful the violation by Defendants of failing to act on an approved relative petition, and properly filed visa application;

c. Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

d. Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff Mohammed Sadeq Mohammed Al Baghdadi immigrant visa application, to notify them whether his application has been granted or denied, and if granted, of the procedures to be followed for the receipt of his visa;

e. Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff Mohammed Sadeq Mohammed Al Baghdadi's application by either approving or refusing said application, and if the application is refused, that the decision include justification to preclude the sense of retaliation for having brought this lawsuit or having exposed the Defendants' neglect;

f. Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g. Grant such other relief at law and in equity as justice may require.

Dated this March 4, 2022

Respectfully Submitted,

/s/ Lewis Jubran

Lewis Jubran, Esq.
Counsel for Plaintiffs

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS, ALI v. UNITED STATES DEPARTMENT OF STATE, et al.**

| Exhibit | Description | Page |
|---|---|---|
| **A** | Lawful Permanent Resident Card | 1 |
| **B** | Notice regarding Immigrant Visa Appointment | 2-3 |
| **C** | Emails from Plaintiff Nadia Ali to Defendant United States Embassy in Ankara, Turkey | 4-9 |

**EXHIBIT A**


UNITED STATES OF AMERICA
PERMANENT RESIDENT
Surname
ALI
Given Name
NADIA M
USCIS#
212-511-383
Category
RE6
Country of Birth
Iraq
Date of Birth
08 OCT 1989
Sex
F
Card Expires:
10/24/28
Resident Since:
09/28/16


FORM I-551
Rev (02-2010)
60277387
102
If found, drop in any US Mailbox. USPS: Mail to USCIS, 7 Product Way, Lees Summit, MO 64002
C1USA2125113836LIN1890030788<<
8910082F2810249IRQ<<<<<<<<<<<0
ALI<<NADIA<MUSTAFA<<<<<<<<<<<<

# EXHIBIT B

Re: ***PR*** Regarding your immigrant visa appointment -ANK2021721007

From: Ankara-Public-IV (ankaraiv@state.gov)

To: n.alshekhly89@yahoo.com

Date: Wednesday, August 18, 2021, 08:46 AM CDT

Dear AL BAGHDADI, MOHAMMED SADEQ MOHAMMED,
We are sorry for the mistake. 30 August is a holiday and the Embassy will be closed.
Your appointment is scheduled on **2 September 2021 at 10:15** a.m.
Yours sincerely,
Immigrant Visa Unit

---

**From:** Ankara-Public-IV <AnkaraIV@state.gov>
**Sent:** Wednesday, August 18, 2021 4:35 PM
**To:** n.alshekhly89@yahoo.com <n.alshekhly89@yahoo.com>
**Subject:** Re: ***PR*** Regarding your immigrant visa appointment -ANK2021721007

*Embassy of the United States of America*
*Ankara, Turkey*

Dear AL BAGHDADI, MOHAMMED SADEQ MOHAMMED,

**Interview Scheduled 30 August 2021 @ 08:15**

*****Please bring a copy of this e-mail with you to your interview.**

You have been scheduled for an immigrant visa interview with the United States Embassy in Ankara, Turkey.

U.S. citizen petitioners are not required to attend the interview, and will not be allowed to inside the Embassy at the time of the visa interview, except for the adoption visa applications.

IMPORTANT: Please do not forget to bring your original documents, which you have uploaded on CEAC, with you when you come for your interview. If you fail to bring your original documents, you may need to re-schedule your appointment.

If you haven't uploaded the documents listed below as ***"Upload to Ceac"*** to your CEAC account yet, please make sure you have uploaded them before your interview. The documents must be uploaded under the correct document type. You also need to upload the translations except for the documents in English and Turkish.

Please visit the website below to get further information on Department of State's Consular Electronic Application Center (CEAC):
https://travel.state.gov/content/dam/visas/PDF-other/Uploading%20to%20CEAC-instrucions.pdf

*Status: Interview Scheduled - MIV*
Documents and/or Actions Required:

- Passports (Original), Please bring all of the passports you have ever been issued.
- Medical exam, All immigrant visa applicants are required to undergo a medical examination by a panel physician designated by the consular section. The validity of the medical exam will determine the visa validity, which will be the last day to enter the United States.
- Birth Certificates (1957 birth registration paper) (Original AND English translation) *(Upload to CEAC).*
- Marriage Certificate (Original and English translation) *(Upload to CEAC).*
- Divorce Certificate, **If any**. (Original and English translation) *(Upload to CEAC).*

Z

Please note we will still the response from your side for any further assistance.
Your assistance is highly appreciated

With Best Regards,

On Monday, August 9, 2021, 01:28:11 PM GMT+3, Ankara-Public-IV <ankaraiv@state.gov> wrote:

Dear Sir/Madam,

We requested the file from NVC. We will inform you as soon as we receive it. We received the two emails that you sent on 6 August 2021 as well, we understand your concerns, but we kindly ask for your patience.

Sincerely,

Immigrant Visa Unit

---

**From:** n.alshekhly89@yahoo.com <n.alshekhly89@yahoo.com>
**Sent:** Sunday, August 8, 2021 9:58 PM
**To:** Ankara-Public-IV <AnkaraIV@state.gov>
**Subject:** Re: expedite interview Case Number:ABD2020563098 Invoice ID: IVSCA00001114552

Dear Sir/ Ma'am
Kindly be informed that my husbands received the Turkish visa today 8-Augest-2021 See attached please.
Also my husband ready to travel to Ankara next week and would appreciated to received the confirmation from your side.
Your assistance is highly appreciate for us.
Thank you,

On Friday, August 6, 2021, 05:16:46 PM GMT+3, n.alshekhly89@yahoo.com <n.alshekhly89@yahoo.com> wrote:

----- Forwarded Message -----
**From:** n.alshekhly89@yahoo.com <n.alshekhly89@yahoo.com>
**To:** ankaraiv@state.gov <ankaraiv@state.gov>
**Sent:** Friday, August 6, 2021, 8:54:17 AM CDT
**Subject:** Fw: expedite interview Case Number:ABD2020563098 Invoice ID: IVSCA00001114552

----- Forwarded Message -----
**From:** n.alshekhly89@yahoo.com <n.alshekhly89@yahoo.com>
**To:** AnkaraIV@state.gov <ankaraiv@state.gov>
**Sent:** Thursday, August 5, 2021, 4:06:46 PM CDT
**Subject:** Fw: expedite interview Case Number:ABD2020563098 Invoice ID: IVSCA00001114552

----- Forwarded Message -----
**From:** n.alshekhly89@yahoo.com <n.alshekhly89@yahoo.com>
**To:** Ankara-Public-IV <ankaraiv@state.gov>
**Sent:** Wednesday, August 4, 2021, 12:56:22 PM CDT
**Subject:** Re: expedite interview Case Number:ABD2020563098 Invoice ID: IVSCA00001114552

Dear Sir / Ma'am
kindly be informed that My Husband has completed the reservation of Turkish visa today 4-8-2021 (see attached please)and he will be in Ankara into next week and will keep you in update.
Please we request your assistance to request his file from the NVC I need your help please because you know my son surgery Appt on 08/23/2021 so I need the dad to be here to help me to take care of his son because I can not take month off from the work and stay with the baby due to the financial hardship and my

3

# EXHIBIT C

# Re: check visa status

From: Ankara-Public-IV (ankaraiv@state.gov)

To: n.alshekhly89@yahoo.com

Date: Wednesday, January 12, 2022, 12:47 AM CST

Dear Sir/Madam,

Your application is undergoing required administrative processing. Unfortunately, we are unable to predict how long administrative processing will take for a given case, and we are unable to influence the completion of the process. We will send you a notification email as soon as the processing is completed.

Sincerely,

Immigrant Visa Unit

Consular Section

U.S. Embassy Ankara

---

**From:** n.alshekhly89@yahoo.com <n.alshekhly89@yahoo.com>
**Sent:** Thursday, January 6, 2022 7:55 PM
**To:** Ankara-Public-IV <AnkaraIV@state.gov>
**Subject:** check visa status

Petitioner Name:Nadia Mustafa Ali

Petitioner Date of Birth:10/08/1989

Phone Number:832-597-6645

Beneficiary Name:MOHAMMED SADEQ MOHAMMED AL BAGHDADI

Beneficiary Date of Birth:08/02/1988

Phone Number:077013801350

NVC Case Number: : ANK2021721007

NVC invoice ID numberIVSCA00001114552

Visa Class:F21

Priority Date:10-JUN-2019

4

Country:Iraq

Documentarely Qualified:09/04/2020

Interview date:09/02/2021

TO WHOM IT MAY CONCERN:
My Name is Nadia Ali i am the petitioner,I am send this E-mail to check my Husband visa status he did the interview since September the 02 and we still wait to get the Visa his son Waseem is need to do his ear surgery and we need the dad to be with us and we still wait and on January 13 Waseem`s Birthday so we need the dad to celebrate with us please help us and issue his visa ,thank you

SENSITIVE BUT UNCLASSIFIED

5

# Re: send request to the consular office

From: Ankara-Public-IV (ankaraiv@state.gov)

To: n.alshekhly89@yahoo.com

Date: Tuesday, February 15, 2022, 12:22 AM CST

Dear Sir/Madam,

We regret to inform you that the case is still undergoing the required administrative processing. We kindly ask you not to check your case status through any link as the links can't be updated, do not reflect the current status of the case and can be confusing. **As soon as the result is received, we will notify you by email.**

Sincerely,

Immigrant Visa Unit

---

**From:** n.alshekhly89@yahoo.com <n.alshekhly89@yahoo.com>
**Sent:** Saturday, February 12, 2022 1:19 AM
**To:** Ankara-Public-IV <AnkaraIV@state.gov>
**Subject:** send request to the consular office

Petitioner Name:Nadia Mustafa Ali

Petitioner Date of Birth:10/08/1989

Phone Number:832-597-6645

Beneficiary Name:MOHAMMED SADEQ MOHAMMED AL BAGHDADI

Beneficiary Date of Birth:08/02/1988

Phone Number:07701380135

NVC Case Number: : ANK2021721007

NVC invoice ID numberIVSCA00001114552

Visa Class:F21

Priority Date:10-JUN-2019

Country:Iraq

6

Documentarely Qualified:09/04/2020

Interview date:09/02/2021

TO WHOM IT MAY CONCERN:

My name is Nadia, I am the petitioner, I am here by respectfully ask you to send request to the consular office to help my husband to get his visa we wait since September it almost 6 months ,we need help form the consular office to expedite the process due to a strong humanitarian concern regarding my son Waseem he needs to do his ear surgery and we wait for dad to be with us in order to schedule his surgery Appt because the dad will take care of the son during and after the surgery, and also due to financial hardship: i can not leave the work and stay at home and take care of my son due to my responsibility for paying the rent and all other bills, If you have any question or you needs any paper from the DR. office regarding my son surgery please let me know, thank you for your understanding and your help

SENSITIVE BUT UNCLASSIFIED

7

Re: expedite visa process due to the urgent circumstance

From: Ankara-Public-IV (ankaraiv@state.gov)

To: n.alshekhly89@yahoo.com

Date: Friday, December 3, 2021, 06:40 AM CST

Dear Sir/Madam,

Your application is undergoing required administrative processing. Unfortunately, we are unable to predict how long administrative processing will take for a given case, and we are unable to influence the completion of the process. We will send you a notification email as soon as the processing is completed.

Sincerely,

Immigrant Visa Unit

---

**From:** n.alshekhly89@yahoo.com <n.alshekhly89@yahoo.com>
**Sent:** Thursday, December 2, 2021 1:26 AM
**To:** Ankara-Public-IV <AnkaraIV@state.gov>
**Subject:** expedite visa process due to the urgent circumstance

**Petitioner Name:Nadia Mustafa Ali**

**Petitioner Date of Birth:10/08/1989**

**Phone Number:832-597-6645**

**Beneficiary Name:MOHAMMED SADEQ MOHAMMED AL BAGHDADI**

**Beneficiary Date of Birth:08/02/1988**

**Phone Number:077013801350**

8

**NVC Case Number: : ANK2021721007**

**NVC invoice ID numberIVSCA00001114552**

**Visa Class:F21**

**Priority Date:10-JUN-2019**

**Country:Iraq**

**Documentarely Qualified:09/04/2020**

**Interview date:09/02/2021**

**TO WHOM IT MAY CONCERN:**

**I am here by respectfully ask to expedite the visa process for my Mohammed Sadeq Mohammed AL Baghdadi,he did the interview on 09/02/2021 for humanitarian and financial hardship and medical reason:**
**My son Waseem D.O.B: 01/13/2017 who born in USA ,He needs to do the surgery for his ear ,we wait for the dad it almost 90 days and we Waseem suffering from his ear pain he could not sleep or eat good and he did not go to his daycare due to the ear pain,last week we seen the DR. the he stated that Waseem needs to do the surgery as soon as possible,in order to do the surgery we need the dad to be with us to take care of Waseem during and after the surgery i can not stay with him because of my work ,if i stay with Waseem that will make me have a financial hardship due to my responsibilities for paying the rent $1200,medical insurance $150,car insurance $200,my child care $950,grocery ,and all other bills**
**I ask for your help because right now I AM in bad situation my son suffering from pain and i can not do any thing for him please help me and my son .THANK YOU FOR YOUR HELPING AND UNDERSTANDING**

9